938

No. 95–258. JONES, CHAIRMAN, BOARD OF VISITORS OF THE CITADEL, ET AL. *v.* FAULKNER ET AL. C. A. 4th Cir. Motion of Nancy Mellette to add party or to intervene denied. Certiorari denied.

No. 95–415. ATLANTIC MUTUAL INSURANCE CO. ET AL. *v.* COLUMBUS-AMERICA DISCOVERY GROUP, INC. C. A. 4th Cir. Motion of respondent to seal appendix granted. Certiorari denied.

OCTOBER 19, 1995

No. A–340. HELLUMS *v.* ALABAMA ET AL. D. C. S. D. Ala. Application for stay, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. The temporary stay entered October 14, 1995, is vacated.

No. A–355. DAVIDSON, AS NEXT FRIEND OF DAVIDSON *v.* NETHERLAND, WARDEN. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. JUSTICE STEVENS would grant the application for stay of execution.

OCTOBER 30, 1995

No. A–132 (95–226). HAVERSAT *v.* UNITED STATES. C. A. 8th Cir. Application for stay, addressed to JUSTICE BREYER and referred to the Court, denied.

No. A–368. FEDERAL COMMUNICATIONS COMMISSION ET AL. *v.* RADIOFONE, INC. Motion of respondent to vacate the October 25, 1995 [*post,* p. 1301], order granting the application to vacate the stay entered by the United States Court of Appeals for the Sixth Circuit denied.

No. D–1317. IN RE DISBARMENT OF CASALINO. Disbarment entered. [For earlier order herein, see 510 U. S. 930.]